UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

EDAN NATURALS LLC,

        Plaintiff,

v.                                                Case No. 08-C-825

LA WEIGHT LOSS FRANCHISE COMPANY
c/o CT Corporation System as Registered Agent,

        Defendant.

**ORDER**

The attorneys for Defendant LA Weight Loss Franchise Company ("LA Weight Loss") have filed a motion to withdraw as counsel. The clerk shall set this matter on the Court's calendar for a telephone hearing. Counsel for LA Weight Loss, if they have not already done so, shall provide a representative of LA Weight Loss with a copy of the motion to withdraw and supporting affidavit. In the event LA Weight Loss chooses to contest the motion, a representative may appear by telephone at the hearing.

Dated this  11th  day of February, 2009.

                                              s/ William C. Griesbach
                                              William C. Griesbach
                                              United States District Judge