UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

EDEN NATURALS, LLC,

        Plaintiff,

    v.                                                                       Case No. 08-C-825

LA WEIGHT LOSS FRANCHISE COMPANY
c/o CT Corporation System as Registered Agent,

        Defendant.

## ORDER

        This matter came before the Court on the motion of the law firm of von Briesen & Roper, S.C. to withdraw as counsel for Defendant LA Weight Loss Franchise Company ("LA Weight Loss"). Attorney Terry E. Nilles alleges in support of the motion that LA Weight Loss has failed to fulfill obligations concerning legal services provided by his firm and has rejected advice concerning legal services such that continued representation by counsel could raise ethical issues. As a result, Attorney Nilles states the attorney-client relationship is irretrievably broken. LA Weight Loss has not contested counsel's motion and it is therefore granted.

        In order to insure that the case moves forward, however, the court hereby sets this matter for a further status conference to be held on **March 19, 2009 at 9:00 a.m.** LA Weight Loss must appear at such hearing, and since it is a corporation, it must appear by counsel. *See United States v. Hagerman*, 549 F.3d 536, 537-38 (7th Cir. 2008). **Notice is hereby provided that in the event LA Weight Loss fails to appear by counsel at the scheduled status hearing, the Court may impose sanctions authorized under Fed. R. Civ. P. 16(f) and 37(b)(2)(A)(ii)-(vii), including**

**striking of its answer and entering default judgment against it.** Counsel for both parties shall advise the clerk if they wish to appear by telephone prior to the scheduled date.

Dated this   18th   day of February, 2009.

s/ William C. Griesbach
William C. Griesbach
United States District Judge
